UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr194 Kmm/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1349 |
| | 18 U.S.C. § 1344 |
| v. | 18 U.S.C. § 1028A |
| | 18 U.S.C. § 2 |
| (1) PETER AMONDO ANDERSON, a/k/a "Nacho," | |
| (2) ROYTA LECHARLES DERRIC HORNSBY, a/k/a "Flex," | |
| (3) FAYSAL OSMAN MOHAMED, a/k/a "G Money," *and* | |
| (4) ABRAHAM VICTOR, a/k/a "Macco," | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**INTRODUCTION**

1.     At times relevant to this Indictment:

a.     The Low-end gangs or "Lows" was a criminal street gang primarily active in the northside of Minneapolis, Minnesota.

b.     Defendant PETER AMONDO ANDERSON, a/k/a "Nacho," was a member and/or associate of the Lows.

c.     Defendant ROYTA LECHARLES DERRIC HORNSBY, a/k/a "Flex," was a member and/or associate of the Lows.

1

SCANNED
MAY 13 2025
U.S. DISTRICT COURT MPLS

U.S. v. Anderson, et al.

d.    Defendant FAYSAL OSMAN MOHAMED, a/k/a "G Money," was a member and/or associate of the Lows.

e.    Defendant ABRAHAM VICTOR, a/k/a "Macco," was a member and/or associate of the Lows.

f.    ANDERSON, HORNSBY, MOHAMED, VICTOR, and with others known and unknown to the grand jury, acting to enrich themselves and the Lows street gang, devised a scheme  to defraud a financial institution and obtain moneys from Wells Fargo and other financial institutions by means of materially false and fraudulent representations.

g.    The deposits of Wells Fargo and the other financial institutions targeted by the defendants were insured by the Federal Deposit Insurance Corporation.

### COUNT 1
(Conspiracy to Commit Bank Fraud)

2.    Between in or about April 2019 and in or about May 2025, in the State and District of Minnesota and elsewhere, the defendants,

PETER AMONDO ANDERSON, a/k/a "Nacho,"
ROYTA LECHARLES DERRIC HORNSBY, a/k/a "Flex,"
FAYSAL OSMAN MOHAMED, a/k/a "G Money," and
ABRAHAM VICTOR, a/k/a "Macco,"

did knowingly and wrongfully conspire, combine, confederate, and agree with each other, and with others known and unknown to the grand jury, to execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain moneys, funds, credits, securities, and other property owned by, or under the custody

2

U.S. v. Anderson, et al.

and control of, a financial institution, by means of material false and fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Section 1349.

## OVERVIEW AND PURPOSE OF THE CONSPIRACY

3.      During the timeframe of the conspiracy, the defendants maintained active membership and/or association with the Lows, a criminal street gang that has been in existence in Minneapolis since approximately 2004. The gang is involved with acts such as murder, assault, controlled substance trafficking, weapons trafficking, fraud, and other acts of violence against individuals, rival gangs, and/or law enforcement.

4.      Along with preserving and protecting the power, territory, and reputation of the gang, one purpose of the Lows is to enrich its leaders, members, and associates through, among other things, illegally trafficking controlled substances, illegally transferring firearms, and committing acts of fraud.

5.      The defendants and other Lows members illegally conspired to defraud banks and other financial institutions to enrich themselves and finances the activities of the gang.

## MANNER AND MEANS OF THE CONSPIRACY

6.      Defendants ANDERSON, HORNSBY, MOHAMED, and VICTOR devised and carried out a fraud scheme by which they utilized stolen or forged checks to make deposits and obtain cash from banks and credit unions in the Twin Cities area.

3

U.S. v. Anderson, et al.

7.     The defendants used social media to recruit others to provide their personal banking information for use in the fraudulent scheme. The defendants created fraudulent or forged checks, which the defendants and/or account holders deposited into the existing accounts. After the checks had cleared, the defendants and/or account holders then quickly withdrew the fraudulently deposited funds.

8.     Additionally, the defendants used deceptive means to steal victims' personal identifying and banking information. The defendants then used that information to create joint bank accounts with willing co-conspirators. Using mobile banking applications, the defendants would transfer funds from the victims' personal bank accounts to the fraudulently created joint bank accounts. The defendants and/or willing co-conspirators would then withdraw those stolen funds and provide the proceeds to the defendants.

9.     In the course of their scheme, the defendants deposited more than 27 fraudulent or forged checks at Wells Fargo, Bank of America, and other federally insured financial institutions operating in the State and District of Minnesota. In total, the defendants attempted to withdraw approximately $217,125 in fraudulent funds and unlawfully withdrew approximately $71,957 in cash from various financial institutions, including Wells Fargo, Bank of America, and Bremer Bank.

All in violation of Title 18, United States Code, Sections 1349 and 1344.

4

U.S. v. Anderson, et al.

## COUNTS 2-8
(Bank Fraud)

10.     Paragraphs 1 through 9 are incorporated by reference as if fully set forth herein.

11.     Beginning at least in or about April 2019 through in or about January 2024, the defendants and others known and unknown to the grand jury devised a scheme to defraud a financial institution and obtain moneys from a financial institution by means of materially false and fraudulent representations.

12.     It was the purpose of the scheme that the defendants and others known and unknown to the grand jury enriched themselves and the Lows street gang by fraudulently obtaining or attempting to obtain money from the accounts of unindicted co-conspirators and/or victims held at a financial institution by using forged or fraudulent checks.

13.     To effectuate the scheme, the defendants utilized forged or fraudulent checks and other means to unlawfully obtain money by depositing the checks at, or otherwise unlawfully transferring money to, bank accounts either fraudulently accessed or opened for this purpose.

14.     On or about the dates set forth below, in the State and District of Minnesota, the defendants, as set forth below, aided and abetted by others known and unknown to the grand jury, having devised the above-described scheme and artifice to defraud financial institutions, and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, or under the custody or control of, a financial institution, by means of materially false or fraudulent

5

U.S. v. Anderson, et al.

pretenses, representations or promises, did knowingly execute and attempt to execute

the scheme and artifice as follows:

| Count | Defendant | Date (on or about) | Description |
|---|---|---|---|
| 2 | MOHAMED VICTOR | January 17, 2020 | Deposited $6,900 forged check issued by First American Bank & Trust into the Wells Fargo account of customer K.B. and withdrew $5,203 in funds. |
| 3 | MOHAMED VICTOR | October 2, 2020 | Deposited $3,254 forged check issued by Wells Fargo into the Wings Financial account of customer A.K. and withdrew $2,990 in funds. |
| 4 | MOHAMED VICTOR | November 6, 2020 | Deposited $3,186 forged check issued by JP Morgan Chase into the Wells Fargo account of customer Z.S. and withdrew $457 in funds. |
| 5 | MOHAMED VICTOR | November 6, 2020 | Deposited $3,126 forged check issued by JP Morgan Chase into the Wells Fargo account of customer Z.S. and unsuccessfully attempted to withdraw funds. |
| 6 | MOHAMED VICTOR | November 6, 2020 | Deposited $3,264 forged check issued by JP Morgan Chase into the Wells Fargo account of customer Z.S. and unsuccessfully attempted to withdraw funds. |
| 7 | ANDERSON HORNSBY MOHAMED | August 4, 2023 | Transferred $39,000 in funds from Bank of America account of customer K.S. to fraudulently opened joint Bank of America account of customers K.S. and D.G. and withdrew $11,999 in funds. |
| 8 | HORNSBY VICTOR | January 18–23, 2024 | Deposited $17,286 forged check issued by M&T Bank into the Bremer Bank account of corporate customer Tungaloy NTK-America, Inc. and withdrew $7,000 in funds. |

All in violation of Title 18, United States Code, Sections 1344 and 2.

6

U.S. v. Anderson, et al.

### COUNT 9
(Aggravated Identity Theft)

15. Paragraphs 1 through 14 are incorporated by reference as if fully set forth herein.

16. In or about August 2023, in the State and District of Minnesota and elsewhere, Defendants ANDERSON, HORNSBY, and MOHAMED did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to the commission of bank fraud, which is a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(5), knowing that means of identification belonged to another person.

17. The defendants obtained access to customer K.S.'s Bank of America through a deceptive and misleading phone call in which a defendant and/or co-conspirator falsely represented himself as a Bank of America agent.

18. The defendants then used K.S.'s personal identifying and bank information to fraudulently open a joint bank account for customers K.S. and D.G. Customer K.S. did not consent to, and was not aware of, the newly created joint account.

19. On or about August 4, 2023, the defendants transferred $39,000 from customer K.S.'s personal Bank of America account to the fraudulently created joint account for K.S. and D.G.

20. Between on or about August 4 and August 5, 2023, the defendants and their co-conspirators attempted to withdraw funds from the fraudulently created joint account. Specifically, the defendants and their co-conspirators attempted to

U.S. v. Anderson, et al.

withdraw at least $24,500 in funds from the joint account. They successfully withdrew $10,000 in funds.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

21.    Counts 1 through 8 of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

22.    As the result of the offenses alleged in Counts 1 through 8 of this Indictment,

PETER AMONDO ANDERSON, a/k/a "Nacho,"
ROYTA LECHARLES DERRIC HORNSBY, a/k/a "Flex,"
FAYSAL OSMAN MOHAMED, a/k/a "G Money," and
ABRAHAM VICTOR, a/k/a "Macco,"

shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(A) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of section 1344, bank fraud, or section 1349, conspiracy to commit bank fraud.

23.    If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

8

U.S. v. Anderson, et al.

A TRUE BILL

_____

ACTING UNITED STATES ATTORNEY

_____

FOREPERSON