# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABRAHAM VICTOR, | ) |
| | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 25-cr-194(4) (KMM/JFD) |
| Date: | 4/20/2026 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 1:13 p.m. |
| Time Concluded: | 2:13 p.m. |
| Time in Court: | 1 Hour |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:     Garrett Fields, Assistant United States Attorney
    For Defendant:   Jennifer Congdon    X CJA

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 24 Months | | 3 Years | | |

**See J&C for special conditions**

X  Defendant sentenced to pay:
    X  Special assessment in the amount of $100.00 to be paid immediately.

X  Defendant remains in the custody of the U.S. Marshal.

X  Restitution ordered in the amount of $71,957.00.

s/AJS
Courtroom Deputy